PFE/JRH: Sept. 2024
GJ # 39

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| **JERRY GALE KERNS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>INDICTMENT</u>

The Grand Jury charges:

## <u>INTRODUCTION</u>

At all times material to this Indictment:

1. Defendant **JERRY GALE KERNS** was the Region II Director of the United Mine Workers of America (UMWA) union.

2. Warrior Met Coal, Inc. ("Warrior Met Coal") was a coal mining company operating several coal mines, including one in Brookwood, Alabama.

3. Warrior Met Coal operated pipelines to remove dangerous methane gas released during coal mining operations. Methane gas removed from the Warrior Met Coal mine in Brookwood, Alabama was removed and transported though the Kinder Morgan inter-state pipeline system.

4. Unionized coal miners employed by Warrior Met Coal were represented by the UMWA.

1

5. Beginning in April 2021 and continuing through all times material to this Indictment, approximately 900 UMWA members and Warrior Met Coal employees went on strike because of failed contract negotiations and an expired labor contract.

6. Throughout the strike, defendant **JERRY GALE KERNS** traveled frequently to Alabama from his home in West Virginia to support the striking workers in his capacity as a UMWA official.

## COUNT ONE
### Destruction of Property by Means of an Explosive Device
### [18 U.S.C. §§ 844(i) & 2]

7. The allegations contained in paragraphs 1 through 6 are hereby repeated, realleged, and incorporated by reference, as if fully set forth herein.

8. On or about March 23, 2022, in Tuscaloosa County within the Northern District of Alabama, the defendant,

**JERRY GALE KERNS**,

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire or explosive, real and personal property used in interstate and foreign commerce, to wit a methane gas pipeline located near the intersection of Hanna Creek Road and Sandlin Mountain Road in Brookwood, Alabama.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                          PRIM F. ESCALONA
                                          United States Attorney

                                          */s/ Electronic Signature*
                                          JONATHAN "JACK" HARRINGTON
                                          Assistant United States Attorney

                                          */s/ Electronic Signature*
                                          LLOYD C. PEEPLES, III
                                          Assistant United States Attorney