FILED
2026 Sep-25 AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 7:24-cr-328-ACA-GMB** |
| **JERRY GALE KERNS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Defendant, Jerry Gale Kerns, has entered pleas of guilty to Counts 2 and 3 of the superseding indictment. On September 9, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 49). Mr. Kerns has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this September 24, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE